**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-11793-KRM |
| | § | |
| LAURIE A NICHOLSON | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/18/2010. The undersigned trustee was appointed on 05/19/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $7,190.33

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $51.63 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $7,138.70 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/27/2010 and the deadline for filing government claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,469.03. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,469.03, for a total compensation of $1,469.03[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $150.14, for total expenses of $150.14.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/24/2013     By:  /s/ Traci K. Stevenson
                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No: 1     Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 10-11793-KRM | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | NICHOLSON, LAURIE A | Date Filed (f) or Converted (c): | 05/18/2010 (f) |
| For the Period Ending: | 7/25/2013 | §341(a) Meeting Date: | 06/17/2010 |
| | | Claims Bar Date: | 09/27/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | HOUSE AND LOT LOCATED AT 2264 BEEVILLE AVENUE, N | $112,700.00 | $0.00 | | $0.00 | FA |
| 2 | INVESTMENT PROPERTY LOCATED AT 1184 FRASER PINE | $120,650.00 | $0.00 | | $0.00 | FA |
| 3 | BANK OF AMERICA, SAVINGS ACCOUNT ENDING IN 5955 | $0.42 | $0.42 | | $0.00 | FA |
| 4 | BANK OF AMERICA, CHECKING ACCOUNT ENDING IN 7410 | $14.84 | $14.84 | | $0.00 | FA |
| 5 | LIVING ROOM, DINING ROOM, BEDROOM FURNITURE, WAS | $875.00 | $0.00 | | $0.00 | FA |
| 6 | BOOKS AND PICTURES | $20.00 | $0.00 | | $0.00 | FA |
| 7 | CLOTHING | $50.00 | $0.00 | | $0.00 | FA |
| 8 | 401(K) WITH COMCAST | $45,501.30 | $0.00 | | $0.00 | FA |
| 9 | COMCAST ESPP PLAN | $0.00 | Unknown | | $0.00 | FA |
| 10 | 2009 FORD EDGE LIMITED 4D - 29,935 MILES | $20,325.00 | $4,858.00 | | $7,190.33 | FA |
| 11 | PREFERENCE PAYMENT | $0.00 | $3,200.00 | | $0.00 | FA |
| INT | Interest Earned    (u) | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**              **Gross Value of Remaining Assets**

$300,136.56     $8,073.26     $7,190.33     $0.00

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 10-11793-KRM | **Trustee Name:** Traci K. Stevenson |
| **Case Name:** | NICHOLSON, LAURIE A | **Date Filed (f) or Converted (c):** 05/18/2010 (f) |
| **For the Period Ending:** | 7/25/2013 | **§341(a) Meeting Date:** 06/17/2010 |
| | | **Claims Bar Date:** 09/27/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

see attached e-mail for docs///pref to bf 3200 sold wedding ring. h/s 1900 sf keeping pd 120,000. ford edge has eq about 7,000//// Sent pref 3200 to d mcewen instead of sending to debtor for him to figure out.August 05, 2010, 01:11 pm (AH)// e-m from d. mec. will purse, sent docs August 26, 2010 (TS)// see em from aty to d. atty to turnover sold ring September 21, 2010 (TS)  file app and order to emply david mcewen.October 07, 2010 (BW)//  gave to DD to follow up w/ brad hissing on the sale of the 2009 ford focus that sold for a surplus. we need to verify and get $$ January 11, 2011, 03:49 pm// rec'd check from Ford Mtr. Credit for the 09  Ford; amt. $7,190.33.January 20, 2011 (BW)   TRACI REQUESTED UPDATE FROM DAVID RE PREFERENCE.February 10, 2011 (BW)// em from d.mc nothing left o pursue, I asked for fee app so I can close. February 16, 2011, 09:25 pm// em to UST do I pay a non dischargeable debt 523(a)(15) clm 7? July 04, 2011 (TS) req fee app from dmc October 20, 2011, 11:36 am (AH)// rcvd d.mc. fee app, sent to TF to close October 21, 2011 (TS) // to TF to close October 25, 2011 (DD)

**Initial Projected Date Of Final Report (TFR):** 12/01/2011    **Current Projected Date Of Final Report (TFR):** 11/24/2011    /s/ TRACI K. STEVENSON
TRACI K. STEVENSON

Page No: 1     Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-11793-KRM | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | NICHOLSON, LAURIE A | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7862 | Checking Acct #: | ******9966 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 5/18/2010 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 7/25/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/06/2012 | | The Bank of New York Mellon | Transfer from Union Bank | 9999-000 | $7,138.70 | | $7,138.70 |
| 01/10/2013 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********1088    ****0110 | 9999-000 | | $7,138.70 | $0.00 |
| | | | **TOTALS:** | | $7,138.70 | $7,138.70 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $7,138.70 | $7,138.70 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

| For the period of 5/18/2010 to 7/25/2013 | | For the entire history of the account between 07/03/2012 to 7/25/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,138.70 | Total Internal/Transfer Receipts: | $7,138.70 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $7,138.70 | Total Internal/Transfer Disbursements: | $7,138.70 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-11793-KRM | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | NICHOLSON, LAURIE A | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | ******7862 | Checking Acct #: | ******5827 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 5/18/2010 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 7/25/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2011 | (10) | FORD MOTOR CREDIT | OVERAGE ON REPO SALE | 1129-000 | $7,190.33 | | $7,190.33 |
| 09/26/2011 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $17.21 | $7,173.12 |
| 10/25/2011 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $17.21 | $7,155.91 |
| 11/25/2011 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $17.21 | $7,138.70 |
| 07/06/2012 | | Union Bank | Transfer to The Bank of New York Mellon | 9999-000 | | $7,138.70 | $0.00 |
| | | | **TOTALS:** | | $7,190.33 | $7,190.33 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $7,138.70 | |
| | | | **Subtotal** | | $7,190.33 | $51.63 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $7,190.33 | $51.63 | |

For the period of 5/18/2010 to 7/25/2013

| | |
|---|---|
| Total Compensable Receipts: | $7,190.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,190.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $51.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $51.63 |
| Total Internal/Transfer Disbursements: | $7,138.70 |

For the entire history of the account between 01/20/2011 to 7/25/2013

| | |
|---|---|
| Total Compensable Receipts: | $7,190.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,190.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $51.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $51.63 |
| Total Internal/Transfer Disbursements: | $7,138.70 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-11793-KRM | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | NICHOLSON, LAURIE A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7862 | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 5/18/2010 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 7/25/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2013 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $7,138.70 | | $7,138.70 |
| 04/30/2013 | | Green Bank | Bank Fees | 2600-000 | | $0.37 | $7,138.33 |
| 05/08/2013 | | Green Bank | Reverse Bank Fee | 2600-000 | | ($0.37) | $7,138.70 |
| | | | **TOTALS:** | | $7,138.70 | $0.00 | $7,138.70 |
| | | | Less: Bank transfers/CDs | | $7,138.70 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 5/18/2010 to 7/25/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,138.70 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/30/2013 to 7/25/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,138.70 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-11793-KRM | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | NICHOLSON, LAURIE A | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | ******7862 | Checking Acct #: | ******9466 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 5/18/2010 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 7/25/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/11/2013 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | $7,138.70 | | $7,138.70 |
| 04/30/2013 | | Green Bank | Transfer Funds | 9999-000 | | $7,138.70 | $0.00 |
| | | | TOTALS: | | $7,138.70 | $7,138.70 | $0.00 |
| | | | Less: Bank transfers/CDs | | $7,138.70 | $7,138.70 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 5/18/2010 to 7/25/2013 | | For the entire history of the account between 01/08/2013 to 7/25/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,138.70 | Total Internal/Transfer Receipts: | $7,138.70 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $7,138.70 | Total Internal/Transfer Disbursements: | $7,138.70 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-11793-KRM | | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|---|
| Case Name: | NICHOLSON, LAURIE A | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | ******7862 | | Checking Acct #: | ******9466 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 5/18/2010 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 7/25/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $7,190.33 | $51.63 | $7,138.70 |

**For the period of 5/18/2010 to 7/25/2013**

| | |
|---|---|
| Total Compensable Receipts: | $7,190.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,190.33 |
| Total Internal/Transfer Receipts: | $21,416.10 |
| | |
| Total Compensable Disbursements: | $51.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $51.63 |
| Total Internal/Transfer Disbursements: | $21,416.10 |

**For the entire history of the case between 05/18/2010 to 7/25/2013**

| | |
|---|---|
| Total Compensable Receipts: | $7,190.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,190.33 |
| Total Internal/Transfer Receipts: | $21,416.10 |
| | |
| Total Compensable Disbursements: | $51.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $51.63 |
| Total Internal/Transfer Disbursements: | $21,416.10 |

# CLAIM ANALYSIS REPORT

| Case No.: | 10-11793-KRM | | | Trustee Name: | Traci K. Stevenson |
| Case Name: | NICHOLSON, LAURIE A | | | Date: | 7/24/2013 |
| Claims Bar Date: | 09/27/2010 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TRACI K. STEVENSON<br><br>P.O. Box 86690<br>Madeira Beach FL 33738 | 07/03/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,469.03 | $1,469.03 | $0.00 | $0.00 | $0.00 | $1,469.03 |
| | TRACI K. STEVENSON | 05/01/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $150.14 | $150.14 | $0.00 | $0.00 | $0.00 | $150.14 |
| | DAVID B. MCEWEN<br><br>560 1st Avenue North<br>St. Petersburg FL 33701 | 05/18/2010 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $19.13 | $19.13 | $0.00 | $0.00 | $0.00 | $19.13 |
| **Claim Notes:** | Attorney for Trustee Expenses (Othe | | | | | | | | | | | |
| | DAVID B. MCEWEN<br><br>560 1st Avenue North<br>St. Petersburg FL 33701 | 05/18/2010 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $1,487.50 | $1,487.50 | $0.00 | $0.00 | $0.00 | $1,487.50 |
| **Claim Notes:** | Attorney for Trustee Fees (Other Fi | | | | | | | | | | | |
| 7-1 | JOE BOOTH<br><br>8374 Market Street<br>#509<br>Bradenton FL 34202 | 09/19/2010 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $219,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Secured Real Estate - Consensual Liens | | | | | | | | | | | |
| 8-1 | JOE BOOTH<br><br>8374 Market Street<br>#509<br>Bradenton FL 34202 | 09/22/2010 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $3,749.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Secured Real Estate - Consensual Liens | | | | | | | | | | | |

# CLAIM ANALYSIS REPORT

| Case No.: | 10-11793-KRM | | | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|---|---|
| Case Name: | NICHOLSON, LAURIE A | | | Date: | 7/24/2013 |
| Claims Bar Date: | 09/27/2010 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-1 | SARASOTA CO TAX COLLECTOR<br><br>101 S Washington Blvd<br>Sarasota FL 34236 | 09/24/2010 | Real Estate- -Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $3,807.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Secured Real Estate - Consensual Liens | | | | | | | | | | | |
| 11-1 | SARASOTA CO TAX COLLECTOR<br><br>101 S Washington Blvd<br>Sarasota FL 34236 | 09/24/2010 | Real Estate- -Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $3,807.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Secured Real Estate - Consensual Liens | | | | | | | | | | | |
| 12-1 | WELLS FARGO BANK<br><br>Mac X2303-01A<br>1 Home Campus<br>Des Moines IA 50328 | 09/27/2010 | Real Estate- -Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $46,017.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Secured Real Estate - Consensual Liens | | | | | | | | | | | |
| 2-1 | INTERNAL REVENUE SERVICE<br>Attn Chief Insolvency<br>PO Box 21126<br>Philadelphia PA 19114 | 07/07/2010 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $926.34 | $926.34 | $0.00 | $0.00 | $0.00 | $926.34 |
| **Claim Notes:** | Claims of Governmental Units - 507( | | | | | | | | | | | |
| 3-1 | INTERNAL REVENUE SERVICE<br>Attn Chief Insolvency<br>PO Box 21126<br>Philadelphia PA 19114 | 07/09/2010 | Claims of Governmental Units | Disallowed | 5800-000 | $0.00 | $926.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Duplicate of #2  (Dkt #29) | | | | | | | | | | | |

# CLAIM ANALYSIS REPORT

| Case No.: | 10-11793-KRM | | | | | | | | Trustee Name: | Traci K. Stevenson |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | NICHOLSON, LAURIE A | | | | | | | | Date: | 7/24/2013 |
| Claims Bar Date: | 09/27/2010 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-1 | DISCOVER BANK<br><br>Dfs Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | 06/28/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,208.68 | $2,208.68 | $0.00 | $0.00 | $0.00 | $2,208.68 |
| **Claim Notes:** | General Unsecured 726(a)(2) | | | | | | | | | | | |
| 4-1 | AMERICAN INFOSOURCE LP<br>American Signature Furniture<br>PO Box 248872<br>Oklahoma City OK 73124-8872 | 07/13/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,200.10 | $3,200.10 | $0.00 | $0.00 | $0.00 | $3,200.10 |
| **Claim Notes:** | General Unsecured 726(a)(2) | | | | | | | | | | | |
| 5-1 | GE MONEY BANK<br><br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 07/20/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,850.00 | $1,850.00 | $0.00 | $0.00 | $0.00 | $1,850.00 |
| **Claim Notes:** | General Unsecured 726(a)(2) | | | | | | | | | | | |
| 6-1 | PHARIA L.L.C.<br><br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle WA 98121 | 09/01/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $16,811.38 | $16,811.38 | $0.00 | $0.00 | $0.00 | $16,811.38 |
| **Claim Notes:** | General Unsecured 726(a)(2) | | | | | | | | | | | |
| 7-1 | JOE BOOTH<br><br>8374 Market Street<br>#509<br>Bradenton FL 34202 | 09/19/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,749.56 | $3,749.56 | $0.00 | $0.00 | $0.00 | $3,749.56 |
| **Claim Notes:** | Per Order (Dkt #37) | | | | | | | | | | | |


**CLAIM ANALYSIS REPORT**

Page No: 4     Exhibit C

| Case No. | 10-11793-KRM | | | Trustee Name: | Traci K. Stevenson |
| Case Name: | NICHOLSON, LAURIE A | | | Date: | 7/24/2013 |
| Claims Bar Date: | 09/27/2010 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9-1 | FIA CARD SERVICES, NA/BANK OF AMERI by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City OK 73124-8809 | 09/22/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,663.40 | $8,663.40 | $0.00 | $0.00 | $0.00 | $8,663.40 |

**Claim Notes:** General Unsecured 726(a)(2)

| 13-1 | CAPITAL ONE, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson AZ 85712 | 07/10/2012 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $4,801.17 | $4,801.17 | $0.00 | $0.00 | $0.00 | $4,801.17 |
| 2-1 | INTERNAL REVENUE SERVICE Attn Chief Insolvency PO Box 21126 Philadelphia PA 19114 | 07/07/2010 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $0.00 | $9.23 | $9.23 | $0.00 | $0.00 | $0.00 | $9.23 |

**Claim Notes:** Fines, Penalties 726(a)(4)

| 3-1 | INTERNAL REVENUE SERVICE Attn Chief Insolvency PO Box 21126 Philadelphia PA 19114 | 07/09/2010 | Fines, Penalties § 726(a)(4) | Disallowed | 7300-000 | $0.00 | $9.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Duplicate of #2 (Dkt #29)

| | | | | | | $322,663.83 | $45,345.66 | $0.00 | $0.00 | $0.00 | $0.00 | $45,345.66 |

# CLAIM ANALYSIS REPORT

| | |
|---|---|
| **Case No.** 10-11793-KRM | **Trustee Name:** Traci K. Stevenson |
| **Case Name:** NICHOLSON, LAURIE A | **Date:** 7/24/2013 |
| **Claims Bar Date:** 09/27/2010 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Other Firm) | $19.13 | $19.13 | $0.00 | $0.00 | $0.00 | $19.13 |
| Attorney for Trustee Fees (Other Firm) | $1,487.50 | $1,487.50 | $0.00 | $0.00 | $0.00 | $1,487.50 |
| Claims of Governmental Units | $1,852.68 | $926.34 | $0.00 | $0.00 | $0.00 | $926.34 |
| Fines, Penalties § 726(a)(4) | $18.46 | $9.23 | $0.00 | $0.00 | $0.00 | $9.23 |
| General Unsecured § 726(a)(2) | $36,483.12 | $36,483.12 | $0.00 | $0.00 | $0.00 | $36,483.12 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $276,382.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured § 726(a)(3) | $4,801.17 | $4,801.17 | $0.00 | $0.00 | $0.00 | $4,801.17 |
| Trustee Compensation | $1,469.03 | $1,469.03 | $0.00 | $0.00 | $0.00 | $1,469.03 |
| Trustee Expenses | $150.14 | $150.14 | $0.00 | $0.00 | $0.00 | $150.14 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:     10-11793-KRM
Case Name:    LAURIE A NICHOLSON
Trustee Name: Traci K. Stevenson

|  | Balance on hand: | $7,138.70 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 7 | JOE BOOTH | $219,000.00 | $0.00 | $0.00 | $0.00 |
| 8 | JOE BOOTH | $3,749.56 | $0.00 | $0.00 | $0.00 |
| 10 | SARASOTA CO TAX COLLECTOR | $3,807.65 | $0.00 | $0.00 | $0.00 |
| 11 | SARASOTA CO TAX COLLECTOR | $3,807.65 | $0.00 | $0.00 | $0.00 |
| 12 | WELLS FARGO BANK | $46,017.74 | $0.00 | $0.00 | $0.00 |

|  | Total to be paid to secured creditors: | $0.00 |
|---|---|---|
|  | Remaining balance: | $7,138.70 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Traci K. Stevenson, Trustee Fees | $1,469.03 | $0.00 | $1,469.03 |
| Traci K. Stevenson, Trustee Expenses | $150.14 | $0.00 | $150.14 |
| DAVID B. MCEWEN, Attorney for Trustee Fees | $1,487.50 | $0.00 | $1,487.50 |
| DAVID B. MCEWEN, Attorney for Trustee Expenses | $19.13 | $0.00 | $19.13 |

|  | Total to be paid for chapter 7 administrative expenses: | $3,125.80 |
|---|---|---|
|  | Remaining balance: | $4,012.90 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

**UST Form 101-7-TFR (5/1/2011)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $4,012.90 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $926.34 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2-1 | INTERNAL REVENUE SERVICE | $926.34 | $0.00 | $926.34 |

| | Total to be paid to priority claims: | $926.34 |
|---|---|---|
| | Remaining balance: | $3,086.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $36,483.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1-1 | DISCOVER BANK | $2,208.68 | $0.00 | $186.87 |
| 4-1 | AMERICAN INFOSOURCE LP | $3,200.10 | $0.00 | $270.74 |
| 5-1 | GE MONEY BANK | $1,850.00 | $0.00 | $156.51 |
| 6-1 | PHARIA L.L.C. | $16,811.38 | $0.00 | $1,422.28 |
| 7-1 | JOE BOOTH | $3,749.56 | $0.00 | $317.22 |
| 9-1 | FIA CARD SERVICES, NA/BANK OF AMERI | $8,663.40 | $0.00 | $732.94 |

| | Total to be paid to timely general unsecured claims: | $3,086.56 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $4,801.17 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 13-1 | Capital One, N.A. | $4,801.17 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $9.23 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2-1 | INTERNAL REVENUE SERVICE | $9.23 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**